# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:	ANTHONY DERRICK CANNON
	Debtor(s)
	CHARLES J. DEHART, III	CHAPTER 13
	CHAPTER 13 TRUSTEE
	Movant
vs.	CASE NO: 1-19-00173-HWV
	ANTHONY DERRICK CANNON
	Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 15, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on January 15, 2019.

2. A hearing was held and an Order was entered on April 10, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

	Respectfully submitted,

	s/   James K. Jones, Esq.
	Id:   39031
	Attorney for Trustee
	Charles J. DeHart, III
	Standing Chapter 13 Trustee
	Ste. A, 8125 Adams Drive
	Hummelstown, PA   17036
	Ph.   717-566-6097
	Fax. 717-566-8313
	eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ANTHONY DERRICK CANNON

                Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant

CASE NO: 1-19-00173-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  
Bankruptcy Courtroom, 3rd Floor  
228 Walnut Street  
Harrisburg, PA 17101

Date: August 14, 2019

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: dehartstaff@pamd13trustee.com

Dated: July 15, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ANTHONY DERRICK CANNON

                Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant
ANTHONY DERRICK CANNON

CHAPTER 13

CASE NO: 1-19-00173-HWV

                Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 15, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA   17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| ANTHONY DERRICK CANNON<br>705 HIGHLANDS PATH<br>YORK, PA   17402 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 15, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANTHONY DERRICK CANNON

| | |
|---|---|
| Debtor(s)<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>ANTHONY DERRICK CANNON<br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 1-19-00173-HWV |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.