IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ANTHONY D. CANNON, | : | |
| | : | DOCKET NO.: 1:19-bk-00173-HWV |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | AUGUST 28, 2019, at 9:30 A.M. |
| v. | : | |
| | : | |
| ANTHONY D. CANNON, | : | |
| | : | RELATED TO DOCKET NO.: 37 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Amended Chapter 13 Plan, on the parties at the below addresses, on August 13, 2019, by:

**1:19-bk-00173-HWV Notice will be electronically mailed to:**

Dawn Marie Cutaia at dmcutaia@gmail.com, cutaialawecf@gmail.com, r46159@notify.bestcase.com

Charles J. DeHart, III at TWecf@pamd13trustee.com

Brian C. Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Thomas Song at pamb@fedphe.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.ha.ecf@usdoj.gov

James Warmbrodt at bkgroup@kmllawgroup.com

**1:19-bk-00173-HWV Notice will not be electronically mailed to:**

Robert Joseph Davidow
Phelan, Hallinan, Diamond & Jones, PC
Suite 1400
1617 JKF Boulevard
Philadelphia, PA  19103


EXECUTED ON:  August 14, 2019

                                            Respectfully submitted by,

By:    /s/ Joseph J. Swartz
           Counsel
           PA Department of Revenue
           Office of Chief Counsel
           P.O. Box 281061
           Harrisburg, PA 17128-1061
           PA Attorney I.D.:  309233
           Phone: (717) 346-4645
           Facsimile: (717) 772-1459
           JoseSwartz@pa.gov