UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: ANTHONY DERRICK CANNON | CASE NO: 19-00173 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/13/2019, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 2nd amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/13/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: ANTHONY DERRICK CANNON | CASE NO: 19-00173 |
|---|---|
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/13/2019, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 2nd amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/13/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-19-BK-00173-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>FRI DEC 13 12-55-28 EST 2019 | ANTHONY DERRICK CANNON<br>705 HIGHLANDS PATH<br>YORK PA 17402-8536 | COMMERCIAL ACCEPTANCE COMPANY<br>2300 GETTYSBURG ROAD<br>SUITE 102<br>CAMP HILL PA 17011-7303 |
| CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 | DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | DIRECT TV<br>PO BOX 598004<br>ORLANDO FL 32859-8004 |
| ROBERT JOSEPH DAVIDOW<br>PHELAN HALLINAN DIAMOND JONES PC<br>1617 JFK BOULEVARD SUITE 1400<br>PHILADELPHIA PA 19103-1814 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 |
| DIRECTV<br>CO AFNI INC<br>1310 MARTIN LUTHER KING DRIVE<br>BLOOMINGTON IL 61701-1465 | DIRECTV ATT<br>PO BOX 5014<br>CAROL STREAM IL 60197-5014 | FINGERHUT<br>ATTN BANKRUPTCY<br>PO BOX 1250<br>SAINT CLOUD MN 56395-1250 |
| FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 | GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 | INTERNAL REVENUE SERVICE<br>POBOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>ANDOVER MA 018109041 | BRIAN C NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-1541 | OCWEN LOAN SERVICING<br>1661 WORTHINGTON ROAD SUITE 100<br>WEST PALM BEACH FL 33409-6493 |
| PENN WASTE INC<br>PO BOX 3066<br>YORK PA 17402-0066 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | PERFECTION COLLECTION<br>ATTN BANKRUPTCY DEPARTMENT<br>313 E 1200 S SUITE 102<br>OREM UT 84058-6910 |
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS TX 75356-0284 | THOMAS SONG<br>PHELAN HALLINAN DIAMOND JONES<br>1617 JFK BOULEVARD<br>SUITE 1400<br>PHILADELPHIA PA 19103-1814 |
| JOSEPH J SWARTZ<br>PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 281061<br>HARRISBURG PA 17128-1061 | THE BANK OF NEW YORK MELLON ETAL<br>OCWEN LOAN SERVICING LLC<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| JAMES WARMBRODT | WELLSPAN HEALTH | YORK ADAMS TAX BUREAU |
|---|---|---|
| 701 MARKET STREET SUITE 5000 | 1001 S GEORGE STREET | PO BOX 15627 |
| PHILADEPHIA PA 19106-1541 | YORK PA 17403-3676 | YORK PA 17405-0156 |