UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Anthony Derrick Cannon | Chapter 13 |
| Debtor | |
| | |
| Anthony Derrick Cannon | 19-00173 |
| Movant | |
| | |
| | Motion to Suspend Payment |

**MOTION TO SUSPEND PAYMENTS**

**AND NOW**, this 18th day of April 2020, the Debtor, by and through his attorney, Dawn Cutaia of Pugh & Cutaia, PLLC, files this Motion to Suspend Payments and in support thereof states the following:

1. Debtor filed a Chapter 13 bankruptcy on January 15, 2019.
2. Debtor's trustee payment is $1,776.88.
3. Debtor has an income reduction due to Covid-19.
4. Debtor's plan was confirmed on January 23, 2020
5. Counsel will amend Debtors' plan to roll in the arrears prior to the expiration of the three month suspension.
6. Pursuant to the instructions on the Court's website for serving Motions to Defer/Extend/Suspend plan payments, since this request is for no longer than three months, Debtor will be serving the Motion and the passive notice only on the Chapter 13 Trustee.
7. A certificate of service will be filed.

**WHEREFORE**, Debtor respectfully requests this Honorable Court allow him to suspend him trustee payment for the months of April, May and June 2020.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony Derrick Cannon<br>　　　　　Debtor | Chapter 13 |
| Anthony Derrick Cannon<br>　　　　　Movant | 19-00173 |
| | Motion to Suspend Payment |

**ORDER**

**AND NOW**, upon consideration of Debtor's Motion to Suspend Payment, said Motion is hereby granted and Debtor's Chapter 13 payment is suspended for the months of April, May and June 2020.