# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Anthony Derrick Cannon<br>                      Debtor<br><br>Anthony Derrick Cannon<br>                      Movant | Chapter 13<br><br>Case # 19-00173 |

## **NOTICE**

The Debtor filed the within motion to suspend payments in the above captioned Bankruptcy case.

If you object to the motion to suspend payments, you must file your objection/response on or before **May 11, 2020**, with the Clerk of Bankruptcy Court Ronald Reagan Federal Building 228 Walnut Street Rm 320 Harrisburg, PA 17101 and serve a copy on Dawn Cutaia, Counsel for Debtor, at the address below.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Date of Notice: 04/20/2020**

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtors
115 E. Philadelphia Street
York, PA 17401
dmcutaia@gmail.com
717-304-1841