**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:

| Anthony Derrick Cannon | ) | | |
|---|---|---|---|
| | ) | Chapter: | 13 |
| | ) | | |
| | ) | Case Number: | 19-00173 |
| | ) | | |
| DEBTOR(S) | ) | | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on 4/20/2020, I served a copy of Motion to suspend payments and notice on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Standing Chapter 13 Trustee<br>Charles J DeHart, III | ECF |
| | |
| | |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 4/20/2020

Name: s/ Dawn M Cutaia
*Printed Name of Attorney*
Address: 115 E Philadelphia St

York, PA 17401

Revised: 03/22/05