**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:
Anthony Derrick Cannon )
 )  Chapter: 13
 )
 )  Case Number: 1:bk-19-00173
 )
      DEBTOR(S) )

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on 2/16/2021, I served a copy of Motion to Suspend Payments on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Charles J DeHart, III (Trustee)<br>Clerk Of Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut Street Rm 320<br>Harrisburg, PA 17101 | Electronically through CM/ECF |
|  |  |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 16, 2021

Name: s/ Dawn M. Cutaia
*Printed Name of Attorney*
Address: 115 E. Philadelphia St

York, PA 17401

Revised: 03/22/05