| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania (Harrisburg) || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Anthony Derrick Cannon | Case Number:<br><br>1:2019-bk-00173 | |
| Name of Creditor:<br><br>The Bank of New York Mellon, et.al. || |
| Name of Current Servicer of account:<br>PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>1 Mortgage Way<br>Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| 1. **Account Number: 7954** || _ Check this box if the account number has changed. |
| 2. **Court Claim Number: 4** |||
| 3. **Signature:**<br><br>**Check the appropriate box.**<br>    I am the creditor.<br>  X  I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>    I am the trustee, or the debtor.<br>    I am a guarantor, surety, endorser, or other codebtor.<br><br>By: /s/ John Shelley                    Date: 02/18/2023<br>      Authorized Filing Agent for PHH Mortgage Services |||

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                      CASE NO.:     19-00173

Anthony Derrick Cannon                    CHAPTER:     13

         Debtor(s).

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                      *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                   Anthony Derrick Cannon
                                   705 Highlands Path
                                   York, PA 17402

*Debtor's Attorney:*           *By CM / ECF Filing:*

                                   Dawn Marie Cutaia
                                   Fresh Start Law, PLLC
                                   1701 West Market Street
                                   York, PA 17404

*Trustee:*                      *By CM / ECF Filing:*

                                   Jack N Zaharopoulos
                                   Standing Chapter 13
                                   (Trustee)
                                   8125 Adams Drive, Suite A
                                   Hummelstown, PA 17036

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)