**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Anthony Derrick Cannon

Case No.: 1-19-00173 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PHH |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 7954 |
| Property Address if applicable: | 705 Highlands Path |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $38,988.24 |
| b. | Prepetition arrearages paid by the trustee: | $38,988.24 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $38,988.24 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve o01945n the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 22, 2025

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Anthony Derrick Cannon

Case No.: 1-19-00173 HWV

Chapter 13

**Debtor(s)**

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 22, 2025 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market St
York PA 17404

**Served by First Class Mail**
PHH Mortgage Services
Bankruptcy Department
1 Mortgage Way Mail Stop SV-22
Mt Laurel NJ 08054

Anthony Derrick Cannon
705 Highlands Path
York PA 17402

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 22, 2025

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case: 19-00173**      **ANTHONY DERRICK CANNON**

**PHH MORTGAGE CORPORATION**
ATTN: BANKRUPTCY DEPT
P.O. BOX 24781
WEST PALM BEACH, FL   3

Sequence:  24
Modify:
Filed Date:
Hold Code:  D

Acct No: 705 Highlands - PRE-ARREARS

ARREARS - 705 HIGHLANDS PATH - 7TH AP DISCONTINUES PAYMENTS ON THIS CLAIM - TOTAL OF $38,988.24 PAID AND NO MORE PAYMENTS

|  | Debt: | $67,243.47 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched:        $528,987.00 |  |  | Accrued Int: | $0.00 |
| Amt Due:        $0.00 | Paid: | $38,988.24 | Balance Due: | $28,255.23 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PHH MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | PHH MORTGAGE CORPORATION | | 12/17/2024 | 2043144 | $920.00 | $0.00 | $920.00 | 12/27/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 11/19/2024 | 2042207 | $1,691.88 | $0.00 | $1,691.88 | 11/29/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 10/23/2024 | 2041237 | $1,323.88 | $0.00 | $1,323.88 | 10/31/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 09/17/2024 | 2040241 | $2,979.88 | $0.00 | $2,979.88 | 09/26/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 08/07/2024 | 2039224 | $1,691.88 | $0.00 | $1,691.88 | 08/16/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 07/10/2024 | 2038343 | $1,840.00 | $0.00 | $1,840.00 | 07/18/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 06/18/2024 | 2037523 | $920.00 | $0.00 | $920.00 | 06/26/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 05/22/2024 | 2036618 | $1,691.88 | $0.00 | $1,691.88 | 05/31/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 04/17/2024 | 2035615 | $2,059.88 | $0.00 | $2,059.88 | 04/26/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 03/14/2024 | 2034652 | $1,472.00 | $0.00 | $1,472.00 | 03/21/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 02/14/2024 | 2033692 | $644.00 | $0.00 | $644.00 | 02/23/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 01/12/2024 | 2032764 | $552.00 | $0.00 | $552.00 | 01/24/2024 |
| 520-0 | PHH MORTGAGE CORPORATION | | 12/19/2023 | 2031869 | $1,691.88 | $0.00 | $1,691.88 | 12/27/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 11/15/2023 | 2030908 | $1,507.88 | $0.00 | $1,507.88 | 11/27/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 520-0 | PHH MORTGAGE CORPORATION | | 10/18/2023 | 2029963 | $1,149.48 | $0.00 | $1,149.48 | 10/27/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 09/19/2023 | 2028985 | $2,398.70 | $0.00 | $2,398.70 | 09/28/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 08/09/2023 | 2027964 | $968.00 | $0.00 | $968.00 | 08/18/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 07/11/2023 | 2026980 | $1,781.12 | $0.00 | $1,781.12 | 07/21/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 06/13/2023 | 2026059 | $1,780.15 | $0.00 | $1,780.15 | 06/21/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 05/16/2023 | 2025124 | $1,116.00 | $0.00 | $1,116.00 | 05/26/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 04/18/2023 | 2024113 | $1,116.00 | $0.00 | $1,116.00 | 04/27/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 03/15/2023 | 2023085 | $1,116.00 | $0.00 | $1,116.00 | 03/31/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 02/15/2023 | 2022083 | $1,116.00 | $0.00 | $1,116.00 | 03/13/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 01/18/2023 | 2021080 | $2,232.00 | $0.00 | $2,232.00 | 02/06/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 12/13/2022 | 2020084 | $1,116.00 | $0.00 | $1,116.00 | 03/07/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 11/16/2022 | 2019131 | $558.00 | $0.00 | $558.00 | 01/05/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 10/18/2022 | 2018097 | $1,177.20 | $0.00 | $1,177.20 | 11/07/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 09/13/2022 | 2017027 | $376.55 | $0.00 | $376.55 | 09/26/2022 |

**Sub-totals: $38,988.24** $0.00 **$38,988.24**

**Grand Total: $38,988.24** **$0.00**