B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT
## Middle District Of Pennsylvania

In re  Anthony Derrick Cannon
      Debtor

Case No. 19-00173

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☒  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: 705 Highlands Path, York Pa 17402

My current employer and my employer's address: Judit Inc One Old Country Road, Suite 384, Carle Place NY 11514

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on ___May 23, 2025___　　　　　　___*Anthony D. Cannon (May 23, 2025 10:31 EDT)*___
　　　　　　　　Date　　　　　　　　　　　　　　　　　　　　Debtor

# fillable blank discharge cert paying support

Final Audit Report          2025-05-23

| | |
|---|---|
| Created: | 2025-05-23 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmYrcttPcfB-5_cIP5OSronGz60RV6CQc |

## "fillable blank discharge cert paying support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2025-05-23 - 1:53:52 PM GMT

- Document emailed to anthonycsax13@gmail.com for signature
  2025-05-23 - 1:54:17 PM GMT

- Email viewed by anthonycsax13@gmail.com
  2025-05-23 - 2:26:18 PM GMT

- Signer anthonycsax13@gmail.com entered name at signing as Anthony D. Cannon
  2025-05-23 - 2:31:06 PM GMT

- Document e-signed by Anthony D. Cannon (anthonycsax13@gmail.com)
  Signature Date: 2025-05-23 - 2:31:08 PM GMT - Time Source: server

- Agreement completed.
  2025-05-23 - 2:31:08 PM GMT

**Adobe Acrobat Sign**

Case 1:19-bk-00173-HWV    Doc 109    Filed 05/27/25    Entered 05/27/25 09:43:10    Desc
Main Document      Page 3 of 3