**Fill in this information to identify the case:**

Debtor 1 ANTHONY DERRICK CANNON

Debtor 2 
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 1:19-bk-00173-HWV

Form 4100R
# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 7954

**Property address:** 705 Highlands Path
Number  Street
York, PA 17402
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ 28,255.23

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 2,351.87
6/1/25: (1) payment in the amount of $2,351.87 each, less suspense in the amount of $39.52

b. Total fees, charges, expenses, escrow, and costs outstanding: +(b) $ 0.00

c. **Total**. Add lines a and b. (c) $ 2,351.87

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 06/01/2025
MM/DD/YYYY

| Debtor 1 | ANTHONY DERRICK CANNON | | | Case number *(if known)* 1:19-bk-00173-HWV |
|---|---|---|---|---|
| | First | Middle | Last | |

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon                          Date 06/11/2025
   Signature

Print    Mario Hanyon                                    Title  Attorney
         First Name    Middle Name    Last Name

Company  Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  3825 Forrestgate Dr.
         Number          Street

         Winston-Salem, NC 27103
         City                State    ZIP Code

Contact phone  844-856-6646   Email PABKR@brockandscott.com

» IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>ANTHONY DERRICK CANNON<br><br>The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2,<br>    Movant<br><br>vs.<br><br>ANTHONY DERRICK CANNON ,<br>    Debtor | Case No. 1:19-bk-00173-HWV<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Dawn Marie Cutaia, Debtor's Attorney
1701 West Market Street
York, PA 17404
dmcutaia@gmail.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

ANTHONY DERRICK CANNON
705 HIGHLANDS PATH
YORK, PA 17402


Date: <u>June 11, 2025</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application |
|---|---|---|---|---|
| 2/1/2019 | 2/8/2019 | $ 1,858.02 | $ 1,858.02 | $ - |
| 3/1/2019 | 3/14/2019 | $ 1,858.02 | $ 1,858.02 | $ - |
| 4/1/2019 | 4/16/2019 | $ 1,858.02 | $ 1,858.02 | $ - |
| 5/1/2019 | 5/31/2019 | $ 1,858.02 | $ 1,858.02 | $ - |
|  | 6/4/2019 | $ 166.71 | $ - | $ 166.71 |
|  | 6/28/2019 | $ 1,858.02 | $ - | $ 1,858.02 |
| 6/1/2019 | 7/2/2019 | $ - | $ 1,858.02 | $ (1,858.02) |
|  | 7/30/2019 | $ 1,858.02 | $ - | $ 1,858.02 |
| 7/1/2019 | 7/31/2019 | $ - | $ 1,858.02 | $ (1,858.02) |
|  | 8/30/2019 | $ 1,858.02 | $ - | $ 1,858.02 |
| 8/1/2019 | 9/3/2019 | $ - | $ 1,858.02 | $ (1,858.02) |
|  | 9/30/2019 | $ 1,858.02 | $ - | $ 1,858.02 |
|  | 10/31/2019 | $ 2,158.70 | $ - | $ 2,158.70 |
| 9/1/2019 | 11/1/2019 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 12/2/2019 | $ 2,158.70 | $ - | $ 2,158.70 |
| 10/1/2019 | 12/3/2019 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 12/31/2019 | $ 2,158.70 | $ - | $ 2,158.70 |
| 11/1/2019 | 1/2/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 1/31/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 12/1/2019 | 2/3/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 3/2/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 1/1/2020 | 3/3/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 3/31/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 2/1/2020 | 4/1/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 4/30/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 3/1/2020 | 5/1/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 6/1/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 4/1/2020 | 6/2/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 6/30/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 5/1/2020 | 7/1/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 7/31/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 6/1/2020 | 8/3/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 8/31/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 7/1/2020 | 9/1/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 9/30/2020 | $ 2,158.70 | $ - | $ 2,158.70 |
| 8/1/2020 | 10/1/2020 | $ - | $ 2,158.70 | $ (2,158.70) |
|  | 10/30/2020 | $ 2,058.62 | $ - | $ 2,058.62 |
| 9/1/2020 | 11/2/2020 | $ - | $ 2,058.62 | $ (2,058.62) |
|  | 11/30/2020 | $ 2,058.62 | $ - | $ 2,058.62 |
| 10/1/2020 | 12/1/2020 | $ - | $ 2,058.62 | $ (2,058.62) |
|  | 12/31/2020 | $ 2,058.62 | $ - | $ 2,058.62 |
| 11/1/2020 | 1/4/2021 | $ - | $ 2,058.62 | $ (2,058.62) |
|  | 1/29/2021 | $ 2,058.62 | $ - | $ 2,058.62 |
| 12/1/2020 | 2/1/2021 | $ - | $ 2,058.62 | $ (2,058.62) |
|  | 2/26/2021 | $ 2,058.62 | $ - | $ 2,058.62 |
| 1/1/2021 | 3/1/2021 | $ - | $ 2,058.62 | $ (2,058.62) |

|            | 3/31/2021  | $ 2,058.62 | $    -       | $ 2,058.62   |
|------------|------------|------------|--------------|--------------|
| 2/1/2021   | 4/1/2021   | $    -     | $ 2,058.62   | $ (2,058.62) |
|            | 4/30/2021  | $ 2,058.62 | $    -       | $ 2,058.62   |
| 3/1/2021   | 5/3/2021   | $    -     | $ 2,058.62   | $ (2,058.62) |
| 4/1/2021   | 6/2/2021   | $ 2,058.62 | $ 2,058.62   | $    -       |
|            | 6/30/2021  | $ 2,058.62 | $    -       | $ 2,058.62   |
| 5/1/2021   | 7/1/2021   | $    -     | $ 2,058.62   | $ (2,058.62) |
|            | 7/30/2021  | $ 2,058.62 | $    -       | $ 2,058.62   |
| 6/1/2021   | 8/2/2021   | $    -     | $ 2,058.62   | $ (2,058.62) |
|            | 8/30/2021  | $ 2,058.62 | $    -       | $ 2,058.62   |
| 7/1/2021   | 8/31/2021  | $    -     | $ 2,058.62   | $ (2,058.62) |
|            | 9/30/2021  | $ 2,058.62 | $    -       | $ 2,058.62   |
| 8/1/2021   | 10/1/2021  | $    -     | $ 2,058.62   | $ (2,058.62) |
|            | 10/29/2021 | $ 2,027.92 | $    -       | $ 2,027.92   |
| 9/1/2021   | 11/1/2021  | $    -     | $ 2,027.92   | $ (2,027.92) |
|            | 11/29/2021 | $ 2,049.93 | $    -       | $ 2,049.93   |
| 10/1/2021  | 11/30/2021 | $    -     | $ 2,027.92   | $ (2,027.92) |
|            | 12/31/2021 | $ 2,050.00 | $    -       | $ 2,050.00   |
| 11/1/2021  | 1/3/2022   | $    -     | $ 2,049.93   | $ (2,049.93) |
|            | 1/31/2022  | $ 2,050.00 | $    -       | $ 2,050.00   |
| 12/1/2021  | 2/1/2022   | $    -     | $ 2,049.93   | $ (2,049.93) |
|            | 2/28/2022  | $ 2,050.00 | $    -       | $ 2,050.00   |
| 1/1/2022   | 3/1/2022   | $    -     | $ 2,049.93   | $ (2,049.93) |
|            | 3/31/2022  | $ 2,051.00 | $    -       | $ 2,051.00   |
| 2/1/2022   | 4/1/2022   | $    -     | $ 2,049.93   | $ (2,049.93) |
|            | 4/29/2022  | $ 2,050.10 | $    -       | $ 2,050.10   |
| 3/1/2022   | 5/2/2022   | $    -     | $ 2,049.93   | $ (2,049.93) |
|            | 5/31/2022  | $ 2,051.00 | $    -       | $ 2,051.00   |
| 4/1/2022   | 6/1/2022   | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 6/30/2022  | $ 2,051.00 | $    -       | $ 2,051.00   |
| 5/1/2022   | 7/1/2022   | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 7/29/2022  | $ 2,050.10 | $    -       | $ 2,050.10   |
| 6/1/2022   | 8/1/2022   | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 8/31/2022  | $ 2,050.10 | $    -       | $ 2,050.10   |
| 7/1/2022   | 9/1/2022   | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 9/30/2022  | $ 2,050.10 | $    -       | $ 2,050.10   |
| 8/1/2022   | 10/3/2022  | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 10/31/2022 | $ 2,051.00 | $    -       | $ 2,051.00   |
| 9/1/2022   | 11/1/2022  | $    -     | $ 2,050.10   | $ (2,050.10) |
| 10/1/2022  | 11/2/2022  | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 11/30/2022 | $ 2,051.00 | $    -       | $ 2,051.00   |
| 11/1/2022  | 12/1/2022  | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 12/30/2022 | $ 2,051.00 | $    -       | $ 2,051.00   |
| 12/1/2022  | 1/3/2023   | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 1/30/2023  | $ 2,051.00 | $    -       | $ 2,051.00   |
| 1/1/2023   | 1/31/2023  | $    -     | $ 2,050.10   | $ (2,050.10) |
|            | 2/27/2023  | $ 2,051.00 | $    -       | $ 2,051.00   |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/1/2023 | 2/28/2023 | $ | - | $ | 2,050.10 | $ | (2,050.10) |
| | 3/30/2023 | $ | 2,051.00 | $ | - | $ | 2,051.00 |
| 3/1/2023 | 3/31/2023 | $ | - | $ | 2,050.10 | $ | (2,050.10) |
| | 4/28/2023 | $ | 2,051.00 | $ | - | $ | 2,051.00 |
| | 5/31/2023 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 4/1/2023 | 6/1/2023 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 6/30/2023 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 5/1/2023 | 7/3/2023 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 7/31/2023 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 6/1/2023 | 8/1/2023 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 8/31/2023 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 7/1/2023 | 9/1/2023 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 10/2/2023 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 8/1/2023 | 10/3/2023 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 10/31/2023 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 9/1/2023 | 11/1/2023 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 11/30/2023 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 10/1/2023 | 12/1/2023 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 1/2/2024 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 11/1/2023 | 1/3/2024 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 1/31/2024 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 12/1/2023 | 2/1/2024 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 2/29/2024 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 1/1/2024 | 3/1/2024 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 3/29/2024 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 2/1/2024 | 4/1/2024 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 4/30/2024 | $ | 2,308.00 | $ | - | $ | 2,308.00 |
| 3/1/2024 | 5/1/2024 | $ | - | $ | 2,307.40 | $ | (2,307.40) |
| | 5/31/2024 | $ | 2,196.13 | $ | - | $ | 2,196.13 |
| 4/1/2024 | 6/3/2024 | $ | - | $ | 2,196.13 | $ | (2,196.13) |
| | 6/28/2024 | $ | 2,197.00 | $ | - | $ | 2,197.00 |
| 5/1/2024 | 7/2/2024 | $ | - | $ | 2,196.13 | $ | (2,196.13) |
| | 7/31/2024 | $ | 2,196.13 | $ | - | $ | 2,196.13 |
| 6/1/2024 | 8/1/2024 | $ | - | $ | 2,196.13 | $ | (2,196.13) |
| | 8/30/2024 | $ | 2,196.13 | $ | - | $ | 2,196.13 |
| 7/1/2024 | 9/3/2024 | $ | - | $ | 2,196.13 | $ | (2,196.13) |
| | 9/30/2024 | $ | 2,196.13 | $ | - | $ | 2,196.13 |
| 8/1/2024 | 10/1/2024 | $ | - | $ | 2,196.13 | $ | (2,196.13) |
| | 10/31/2024 | $ | 2,196.13 | $ | - | $ | 2,196.13 |
| 9/1/2024 | 11/1/2024 | $ | - | $ | 2,196.13 | $ | (2,196.13) |
| | 11/29/2024 | $ | 2,196.13 | $ | - | $ | 2,196.13 |
| 10/1/2024 | 12/3/2024 | $ | - | $ | 2,196.13 | $ | (2,196.13) |
| | 12/31/2024 | $ | 2,196.13 | $ | - | $ | 2,196.13 |
| 11/1/2024 | 1/3/2025 | $ | - | $ | 2,196.13 | $ | (2,196.13) |
| | 3/20/2025 | $ | - | $ | 166.71 | $ | (166.71) |
| | 3/21/2025 | $ | 338.00 | $ | - | $ | 338.00 |
| 12/1/2024 | 3/24/2025 | $ | - | $ | 2,196.13 | $ | (2,196.13) |

| | | | | | |
|---|---|---|---|---|---|
| 1/1/2025 | 4/2/2025 | $ 2,196.13 | $ 2,196.13 | $ | - |
| 2/1/2025 | 4/7/2025 | $ 2,196.13 | $ 2,196.13 | $ | - |
| 3/1/2025 | 4/23/2025 | $ 2,196.13 | $ 2,196.13 | $ | - |
| 4/1/2025 | 5/5/2025 | $ 2,196.13 | $ 2,196.13 | $ | - |
| 5/1/2025 | 5/31/2025 | $ 2,351.87 | $ 2,351.87 | $ | - |
| 6/1/2025 | Due | | | $ | - |
| | | | | $ | - |

| Suspense Balance |
| --- |
| $ - |
| $ - |
| $ - |
| $ - |
| $ 166.71 |
| $ 2,024.73 |
| $ 166.71 |
| $ 2,024.73 |
| $ 166.71 |
| $ 2,024.73 |
| $ 166.71 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,183.43 |
| $ 2,024.73 |
| $ 4,083.35 |
| $ 2,024.73 |
| $ 4,083.35 |
| $ 2,024.73 |
| $ 4,083.35 |
| $ 2,024.73 |
| $ 4,083.35 |
| $ 2,024.73 |
| $ 4,083.35 |
| $ 2,024.73 |

| | |
|---|---:|
| $ | 4,083.35 |
| $ | 2,024.73 |
| $ | 4,083.35 |
| $ | 2,024.73 |
| $ | 2,024.73 |
| $ | 4,083.35 |
| $ | 2,024.73 |
| $ | 4,083.35 |
| $ | 2,024.73 |
| $ | 4,083.35 |
| $ | 2,024.73 |
| $ | 4,083.35 |
| $ | 2,024.73 |
| $ | 4,052.65 |
| $ | 2,024.73 |
| $ | 4,074.66 |
| $ | 2,046.74 |
| $ | 4,096.74 |
| $ | 2,046.81 |
| $ | 4,096.81 |
| $ | 2,046.88 |
| $ | 4,096.88 |
| $ | 2,046.95 |
| $ | 4,097.95 |
| $ | 2,048.02 |
| $ | 4,098.12 |
| $ | 2,048.19 |
| $ | 4,099.19 |
| $ | 2,049.09 |
| $ | 4,100.09 |
| $ | 2,049.99 |
| $ | 4,100.09 |
| $ | 2,049.99 |
| $ | 4,100.09 |
| $ | 2,049.99 |
| $ | 4,100.09 |
| $ | 2,049.99 |
| $ | 4,100.99 |
| $ | 2,050.89 |
| $ | 0.79 |
| $ | 2,051.79 |
| $ | 1.69 |
| $ | 2,052.69 |
| $ | 2.59 |
| $ | 2,053.59 |
| $ | 3.49 |
| $ | 2,054.49 |

| | |
|---|---:|
| $ | 4.39 |
| $ | 2,055.39 |
| $ | 5.29 |
| $ | 2,056.29 |
| $ | 4,364.29 |
| $ | 2,056.89 |
| $ | 4,364.89 |
| $ | 2,057.49 |
| $ | 4,365.49 |
| $ | 2,058.09 |
| $ | 4,366.09 |
| $ | 2,058.69 |
| $ | 4,366.69 |
| $ | 2,059.29 |
| $ | 4,367.29 |
| $ | 2,059.89 |
| $ | 4,367.89 |
| $ | 2,060.49 |
| $ | 4,368.49 |
| $ | 2,061.09 |
| $ | 4,369.09 |
| $ | 2,061.69 |
| $ | 4,369.69 |
| $ | 2,062.29 |
| $ | 4,370.29 |
| $ | 2,062.89 |
| $ | 4,370.89 |
| $ | 2,063.49 |
| $ | 4,259.62 |
| $ | 2,063.49 |
| $ | 4,260.49 |
| $ | 2,064.36 |
| $ | 4,260.49 |
| $ | 2,064.36 |
| $ | 4,260.49 |
| $ | 2,064.36 |
| $ | 4,260.49 |
| $ | 2,064.36 |
| $ | 4,260.49 |
| $ | 2,064.36 |
| $ | 4,260.49 |
| $ | 2,064.36 |
| $ | 4,260.49 |
| $ | 2,064.36 |
| $ | 1,897.65 |
| $ | 2,235.65 |
| $ | 39.52 |

| | |
|---|---:|
| $ | 39.52 |
| $ | 39.52 |
| $ | 39.52 |
| $ | 39.52 |
| $ | 39.52 |
| $ | 39.52 |
| $ | 39.52 |